SEALED

Case 2:13-sw-00815-EFB   Document 2   Filed 12/17/13   Page 1 of 1

FILED

DEC 17 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  SHERRY D. HARTEL HAUS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF 6677 TYLER DRIVE, GRIZZLY FLATS, CA; WHITE JEEP CHEROKEE CA LICENSE PLATE NO. 6NX3637; MICHELLE RYAN CLARK; AND TWO CELLULAR PHONES | CASE NO. 2:13-SW 812 — EFB<br>2:13-SW 813 — EFB<br>2:13-SW 814 — EFB<br>2:13-SW 815 — EFB<br><br>[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS |
|---|---|

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: 11-13-13

Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER RE: REQUEST TO SEAL
DOCUMENTS

1