1  PHILLIP A. TALBERT
   United States Attorney
2  OWEN ROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

MAR - 3 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
                    DEPUTY CLERK

8

9          IN THE UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11 | IN THE MATTER OF THE APPLICATION          2:13-sw-00812
   | OF THE UNITED STATES OF AMERICA           2:13-sw-00813
12 | FOR SEARCH WARRANTS CONCERNING:           2:13-sw-00814
   |                                           2:13-sw-00815
13 | 6677 Tyler Drive, Grizzly Flats, CA 95636;

14 | A white Jeep Cherokee, California License
   | Plate 6NXE637, registered through December   [PROPOSED] ORDER TO UNSEAL SEARCH
15 | 2012 to Sara June Pierson;                    WARRANTS AND SEARCH WARRANT
   |                                               AFFIDAVITS
16 | MICHELLE RYAN CLARK;

17 | Two cell phones seized from the residence of
   | 6677 Tyler Drive, Grizzly Flats, CA 95636,
18 | currently stored in a storage locker at 2000
   | Royal Oaks Drive, Sacramento, California, to
19 | wit, (1) one Samsung Metro PCS, white and
   | black in color; and (b) a black ZTE phone from
20 | Metro PCS with the word "Jaydon" affixed in
   | purple puffy paint.
21

22

       Upon application of the United States of America and good cause having been shown,
23
       IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby
24
   ordered unsealed.
25

26 Dated:  3/3/17                              _____
                                               The Honorable Allison Claire
27                                             UNITED STATES MAGISTRATE JUDGE

28

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS